# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF NORTH DAKOTA, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Respondents. | Case No. 15-1381 <br> (and consolidated cases) |

## PETITIONERS' NONBINDING STATEMENT OF THE ISSUES TO BE RAISED

Pursuant to this Court's order dated November 6, 2015, *see* ECF 1582440, Petitioners in case No. 15-1399 (consolidated with case No. 15-1381) submit the following nonbinding statement of issues to be raised in this proceeding:

1. Whether EPA's inclusion of carbon capture and storage (CCS) as part of the "best system of emission reduction" is improper because EPA fails to meet its burden to show that CCS is an "adequately demonstrated" technology as required by Clean Air Act Section 111(b), 42 U.S.C. § 7411.

2. Whether EPA failed to meet its burden to show that CCS is adequately demonstrated, because EPA improperly characterized the "adequately demonstrated" legal standard, as set out by Clean Air Act Section 111(b), 42

U.S.C. § 7411, as requiring merely a showing of the technology's "technical feasibility."

3. Whether EPA's inclusion of CCS as part of the "best system of emission reduction" is improper because EPA failed to meet its burden to show that CCS is the "best system" considering costs as required by Clean Air Act Section 111(b), 42 U.S.C. § 7411.

4. Whether EPA has failed to demonstrate that an emission standard of 1,400 lbs. $CO_2$/MWh, which effectively mandates that affected sources install CCS, is achievable as required by Clean Air Act Section 111(b), 42 U.S.C. § 7411.

5. Whether EPA violated the Energy Policy Act of 2005 by impermissibly considering government-funded technologies from facilities awarded either Clean Coal Power Initiative funding, *see* 42 U.S.C. § 15962, or Section 48A tax credits, *see* 26 U.S.C. § 48A, as evidence that CCS is an adequately demonstrated technology for purposes of Clean Air Act Section 111(b), 42 U.S.C. § 7411.

6. Whether EPA's decision to implement stringent new source performance standards is arbitrary and capricious because EPA's rule will, by EPA's admission, result in negligible $CO_2$ emission reductions.

7. Whether EPA failed to properly consider whether $CO_2$ emissions from new fossil fuel-fired power plants are "reasonably . . . anticipated to endanger public health or welfare" as required for EPA to regulate under Clean Air Act § 111(b), 42 U.S.C. § 7411.

8. Whether EPA's failure to adequately address infrastructure and carbon dioxide transportation costs in States without storage capacity violates the Administrative Procedures Act, 5 U.S. Code § 701 *et seq*.

Dated: December 7, 2015　　　　　　Respectfully submitted,

　　　/s/ Elbert Lin　　　　　　　　
Patrick Morrisey
　Attorney General of West Virginia
Elbert Lin
　　Solicitor General
　*Counsel of Record*
J. Zak Ritchie
　　Assistant Attorney General
State Capitol Building 1, Room 26-E
Tel. (304) 558-2021
Fax (304) 558-0140
Email: elbert.lin@wvago.gov
***Counsel for Petitioner State of West Virginia***

　/s/ Andrew Brasher　　　　　　　
Luther Strange
　Attorney General of Alabama
Andrew Brasher
　　Solicitor General
　*Counsel of Record*
501 Washington Ave.
Montgomery, AL 36130

3

Tel. (334) 590-1029
Email: abrasher@ago.state.al.us
*Counsel for Petitioner State of Alabama*

/s/ John R. Lopez IV
Mark Brnovich
  Attorney General of Arizona
John R. Lopez IV
  *Counsel of Record*
Dominic E. Draye
Keith Miller
  Assistant Attorneys General
Maureen Scott
Janet Wagner
Janice Alward
  Arizona Corp. Commission,
  Staff   Attorneys
1275 West Washington
Phoenix, AZ 85007
Tel. (602) 542-5025
Email: john.lopez@azag.gov
*Counsel for Petitioner Arizona Corporation Commission*

/s/ Jamie L. Ewing
Leslie Rutledge
  Attorney General of Arkansas
Jamie L. Ewing
  Assistant Attorney General
  *Counsel of Record*
323 Center Street, Ste. 400
Little Rock, AR 72201
Tel. (501) 682-5310
Email: jamie.ewing@arkansasag.gov
*Counsel for Petitioner State of Arkansas*

/s/ Allen Winsor
Pamela Jo Bondi
  Attorney General of Florida
Allen Winsor

4


Solicitor General of Florida
  *Counsel of Record*
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
Tel. (850) 414-3681
Fax (850) 410-2672
Email: allen.winsor@myfloridalegal.com
***Counsel for Petitioner State of Florida***

 /s/ Britt C. Grant
Samuel S. Olens
  Attorney General of Georgia
Britt C. Grant
  Solicitor General
  *Counsel of Record*
40 Capitol Square SW
Atlanta, GA  30334
Tel. (404) 656-3300
Fax (404) 463-9453
Email: bgrant@law.ga.gov
***Counsel for Petitioner State of Georgia***

 /s/ Timothy Junk
Gregory F. Zoeller
  Attorney General of Indiana
Timothy Junk
  Deputy Attorney General
  *Counsel of Record*
Indiana Government Ctr. South, Fifth Floor
302 West Washington Street
Indianapolis, IN 46205
Tel. (317) 232-6247
Email: tim.junk@atg.in.gov
***Counsel for Petitioner State of Indiana***

 /s/ Jeffrey A. Chanay
Derek Schmidt
  Attorney General of Kansas
Jeffrey A. Chanay

5

Chief Deputy Attorney General
  *Counsel of Record*
Bryan C. Clark
  Assistant Solicitor General
120 SW 10th Avenue, 3d Floor
Topeka, KS 66612
Tel. (785) 368-8435
Fax (785) 291-3767
Email: jeff.chanay@ag.ks.gov
**Counsel for Petitioner State of Kansas**

 /s/ Jack Conway
Jack Conway
  Attorney General of Kentucky
  *Counsel of Record*
700 Capital Avenue
Suite 118
Frankfort, KY 40601
Tel: (502) 696-5650
Email: Gregory.Dutton@ky.gov
**Counsel for Petitioner Commonwealth of Kentucky**

 /s/ Megan K. Terrell
James D. "Buddy" Caldwell
  Attorney General of Louisiana
Megan K. Terrell
  Deputy Director, Civil Division
  *Counsel of Record*
1885 N. Third Street
Baton Rouge, LA 70804
Tel. (225) 326-6705
Email: TerrellM@ag.state.la.us
**Counsel for Petitioner State of Louisiana**

 /s/ Donald Trahan
Herman Robinson
  Executive Counsel
Donald Trahan
  *Counsel of Record*

6

Elliott Vega
Spencer Bowman
Louisiana Department of Environmental Quality
Legal Division
P.O. Box 4302
Baton Rouge, LA 70821-4302
Tel: (225) 219-3985
Fax: (225) 219-4068
Email: Donald.Trahan@La.Gov
***Counsel for Petitioner State of Louisiana Department of Environmental Quality***

/s/ Aaron D. Lindstrom
Bill Schuette
  Attorney General for the People of Michigan
Aaron D. Lindstrom
  Michigan Solicitor General
  *Counsel of Record*
P.O. Box 30212
Lansing, MI 48909
Tel. (515) 373-1124
Fax (517) 373-3042
Email: LindstromA@michigan.gov
***Counsel for Petitioner People of Michigan***

/s/ James R. Layton
Chris Koster
  Attorney General of Missouri
James R. Layton
  Solicitor General
  *Counsel of Record*
P.O. Box 899
207 W. High Street
Jefferson City, Missouri 65102
Tel. (573) 751-1800
Fax (573) 751-0774
Email: james.layton@ago.mo.gov
***Counsel for Petitioner State of Missouri***

7

/s/ Dale Schowengerdt
Timothy C. Fox
  Attorney General of Montana
Alan Joscelyn
  Chief Deputy Attorney General
Dale Schowengerdt
  Solicitor General
  *Counsel of Record*
215 North Sanders
Helena, Montana 59620-1401
Tel: (406) 444-7008
Email: dales@mt.gov
**Counsel for Petitioner State of Montana**

 /s/ Justin D. Lavene
Doug Peterson
  Attorney General of Nebraska
Dave Bydlaek
  Chief Deputy Attorney General
Justin D. Lavene
  Assistant Attorney General
  *Counsel of Record*
2115 State Capitol
Lincoln, NE 68509
Tel. (402) 471-2834
Email: justin.lavene@nebraska.gov
**Counsel for Petitioner State of Nebraska**

/s/ Sam M. Hayes
Sam M. Hayes
  General Counsel
  *Counsel of Record*
Craig Bromby
  Deputy General Counsel
Andrew Norton
  Deputy General Counsel
North Carolina Department of Environmental Quality
1601 Mail Service Center

Raleigh, NC 27699-1601
Tel. (919) 707-8616
Email: sam.hayes@ncdenr.gov
*Counsel for Petitioner North Carolina Department of Environmental Quality*

/s/ Eric E. Murphy
Michael DeWine
  Attorney General of Ohio
Eric E. Murphy
  State Solicitor
  *Counsel of Record*
30 E. Broad St., 17th Floor
Columbus, OH 43215
Tel. (614) 466-8980
Email:
  eric.murphy@ohioattorneygeneral.gov
*Counsel for Petitioner State of Ohio*

/s/ P. Clayton Eubanks
E. Scott Pruitt
  Oklahoma Attorney General
Patrick Wyrick
  Solicitor General
P. Clayton Eubanks
  Deputy Solicitor General
  *Counsel of Record*
Office of Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
Tel. (405) 521-3921
Email: Patrick.wyrick@oag.ok.gov
  Clayton.eubanks@oag.ok.gov
*Counsel for Petitioner State of Oklahoma*

/s/ James Emory Smith, Jr.
Alan Wilson
  Attorney General of South Carolina
Robert D. Cook
  Solicitor General

9

James Emory Smith, Jr.
  Deputy Solicitor General
   *Counsel of Record*
P.O. Box 11549
Columbia, SC 29211
Tel. (803) 734-3680
Fax (803) 734-3677
Email: ESmith@scag.gov
***Counsel for Petitioner State of South Carolina***

 /s/ Steven R. Blair
Marty J. Jackley
  Attorney General of South Dakota
Steven R. Blair
  Assistant Attorney General
   *Counsel of Record*
1302 E. Highway 14, Suite 1
Pierre, SD 57501
Tel. (605) 773-3215
Email: steven.blair@state.sd.us
***Counsel for Petitioner State of South Dakota***

 /s/ Scott A. Keller
Ken Paxton
  Attorney General of Texas
Charles E. Roy
  First Assistant Attorney General
Bernard L. McNamee II
  Chief of Staff
Scott A. Keller
  Solicitor General
   *Counsel of Record*
P.O. Box 12548
Austin, Texas 78711-2548
Tel. (512) 936-1700
Email: Scott.Keller@texasattorneygeneral.gov
***Counsel for Petitioner State of Texas***

10

/s/ Tyler R. Green
Sean Reyes
  Attorney General of Utah
Tyler R. Green
  Solicitor General
  *Counsel of Record*
Parker Douglas
  Federal Solicitor
Utah State Capitol Complex
350 North State Street, Suite 230
Salt Lake City, Utah 84114-2320
Email: tylergreen@utah.gov
**Counsel for Petitioner State of Utah**

/s/ Delanie M. Breuer
Brad Schimel
  Attorney General of Wisconsin
Andrew Cook
  Deputy Attorney General
Delanie M. Breuer
  Assistant Deputy Attorney General
  *Counsel of Record*
Wisconsin Department of Justice
17 West Main Street
Madison, WI 53707
Tel: (608) 267-8901
Email: Breuerdm@doj.state.wi.us
**Counsel for Petitioner State of Wisconsin**

/s/ James Kaste
Peter K. Michael
  Attorney General of Wyoming
James Kaste
  Deputy Attorney General
  *Counsel of Record*
Michael J. McGrady
  Senior Assistant Attorney General
Elizabeth Morrisseau
  Assistant Attorney General

11

123 State Capitol
Cheyenne, WY 82002
Tel. (307) 777-6946
Fax (307) 777-3542
Email: james.kaste@wyo.gov
***Counsel for Petitioner State of Wyoming***

## CERTIFICATE OF SERVICE

I certify that on this 7th day of December, 2015, a copy of the foregoing *Petitioners' Nonbinding Statement of the Issues to be Raised* was served electronically through the Court's CM/ECF system on all registered counsel.

      /s/ Elbert Lin  
      Elbert Lin